GLEN A. VAN DYKE, ESQ., SBN: 183796
MEGAN D. DEHERRERA, ESQ., SBN: 306646
**VAN DYKE LITIGATION & TRIAL ATTORNEYS, P.C.**
11025 Pioneer Trail, Suite 101A
Truckee, California 96161
Telephone: (530) 587-2130
Fax       : (530) 587-2829
glen@vdlitigation.com
megan@vdlitigation.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA WOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>KROMER INVESTMENTS, INC., a California Corporation, APPLIED BUSINESS SOLUTIONS, LLC, a Nevada limited liability company, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 3:18-CV-00195<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Date:   December 3, 2018                              **VAN DYKE LITIGATION &
                                                      TRIAL ATTORNEYS, P.C.**


                                                      By:  __/S/ *Glen A. Van Dkye*_____
                                                           GLEN A. VAN DYKE,
                                                           Attorneys for Plaintiff

Dated: December 3, 2018                    **HOLLAND & HART, LLP**

By: __/S/ Dora V. Lane_____
    DORA V. LANE,
    Attorneys for Defendants

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: __December 4, 2018.__            _____
                                        ROBERT C. JONES, JUDGE
                                        U.S. DISTRICT COURT, NEVADA